IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AL-AMIN ABDULLAH AKBAR,

    Plaintiff,

  v.

Case No. 17-cv-442-slc

TODD OVERBO, VICKI SABASTIAN,
KELLI WEST, TIME HAINES, AND
DIEDRA MORGAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 12/9/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |