~~In the Western D~~

In the United States District Court
For the Western District of Wisconsin

Al-Amin Abdullah Akbar,
    plaintiff,

Case No. 17-CV-442-SK

-v-

Todd Overbo,
    defendant

## NOTICE OF APPEAL

Notice is hereby given that Al-Amin Abdullah Akbar, Plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Circuit from the Final Judgement entered in this action on 12/09/2019.

Date: 12/21/19
Al-Amin Abdullah Akbar #211383
W.S.P.F. / P.O. Box 1000
Boscobel, WI; 53805

CC: